No. 02–5618. FULLER *v.* WELTON. C. A. 11th Cir. Certiorari denied.

No. 02–5620. IVY *v.* HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5622. FORSYTHE *v.* WALTERS, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER. C. A. 3d Cir. Certiorari denied.

No. 02–5623. FATIR *v.* THOMAS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5624. HARRIS *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 02–5626. CUESTA *v.* WATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–5629. DRAYTON *v.* MARTIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–5634. PENDER *v.* UNION COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5635. RUST *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–5637. ROBINSON *v.* GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 02–5638. RIVERS *v.* PATOKA. Super. Ct. Pa. Certiorari denied.

No. 02–5639. STULTS *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 02–5640. IVEY *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–5641. GLEBOCKI *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.